UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

No: 10-3236

Filed: June 01, 2012

TRANS RAIL AMERICA, INC., An Ohio Corporation; SIENNA PLACE, INC., An Ohio Corporation,

    Plaintiffs - Appellants

v.

4:08cv2790
JRA

HUBBARD TOWNSHIP; HUBBARD TOWNSHIP BOARD OF TRUSTEES; FREDERICK HANLEY, Hubbard Township Board of Trustees; JONATHAN DOWELL, Former Hubbard Township Board of Trustees; JOSEPH GLEYDURA, Hubbard Township Board of Trustees; HUBBARD TOWNSHIP PLANNING AND ZONING COMMISSION; JOHN PIETON, Hubbard Township Planning and Zoning Commission; SUSAN SICILIANO, Hubbard Township Planning and Zoning Commission; HUBBARD TOWNSHIP BOARD OF ZONING APPEALS; JEFFREY ROWLANDS, Hubbard Township Board of Zoning Appeals; DENNIE PARSONS, Hubbard Township Board of Zoning Appeals; HEATHER O'HARA, Hubbard Township Board of Zoning Appeals; MARIA CAPEZZUTO, Hubbard Township Board of Zoning Appeals; BENJAMIN M. HAYEK, MD, Former Hubbard Township Board of Zoning Appeals; TRUMBULL COUNTY PLANNING COMMISSION; MARC E. DANN, Former Attorney General of Ohio and Former Member Ohio State Senate; SUSAN WATKINS, Ohio Environmental Protection Agency; MEGAN CARR, Ohio Environmental Protection Agency; BENNETT AND WILLIAMS, Environmental Consultants, Inc.; CAPRI S. CAFARO,

    Defendants - Appellees

and

TIM RYAN, U.S. Congressman for Ohio's 17th District, United States House of Representatives,

    Defendant

## MANDATE

Pursuant to the court's disposition that was filed 05/08/2012 the mandate for this case hereby issues today. *Affirmed*

COSTS: None