UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| TRANS RAIL AMERICA, INC., et al., | ) | CASE NO.: 4:08-CV-02790 |
| | ) | |
| Plaintiffs, | ) | JUDGE JOHN R. ADAMS |
| vs. | ) | |
| | ) | **JOINT NOTICE OF SETTLEMENT** |
| HUBBARD TOWNSHIP, et al., | ) | |
| | ) | |
| Defendants. | ) | |

Now come the attorneys for the respective parties noted below and give notice that the issue of sanctions have been settled between Plaintiff and Defendant Trumbull Planning Commission. Plaintiff is to bear the costs.

IT IS SO ORDERED.

_____
JUDGE JOHN R. ADAMS

*s/Michael A. Partlow*
MICHAEL A. PARTLOW (0037102)
112 S. Water Street, Suite C
Kent, OH 44240
(330) 400-2290
((888) 707-5871 - Fax
Email: partlowlaw@aol.com

Counsel for Plaintiff/Appellant
Trans Rail America, Inc.

*s/Frank H. Scialdone*
JOHN T. MCLANDRICH (0021494)
FRANK H. SCIALDONE (0075179)
MAZANEC, RASKIN & RYDER CO., L.P.A.
100 Franklin's Row
34305 Solon Road
Cleveland, OH 44139
(440) 248-7906
(440) 248-8861 – Fax
Defendant/Appellee
Trumbull County Planning Commission

**CERTIFICATE OF SERVICE**

I hereby certify that on November 13, 2012, a copy of the foregoing Joint Notice of Voluntary Dismissal With Prejudice was filed electronically. Notice of this filing will be sent to all registered parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

                                         *s/Michael A. Partlow*
                                         MICHAEL A. PARTLOW (0037102)

CORSA-090009/Joint Notice of Voluntary Dismiss w/prejudice